■ TOWN OF NIAGARA, Appellant-Respondent, v CITY OF NIAGARA FALLS, Respondent, and NIAGARA RECYCLING, INC., et al., Respondents-Appellants. (Action No. 1.) CITY OF NIAGARA FALLS, Respondent, v CECOS INTERNATIONAL, INC., et al., Respondents-Appellants, and TOWN OF NIAGARA, Appellant-Respondent. (Action No. 2.) (Appeal No. 1.)—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mintz, J. (Appeals from Judgment of Supreme Court, Niagara County, Mintz, J.—Declaratory Judgment.) Present—Dillon, P. J., Doerr, Lawton, Lowery and Davis, JJ.